UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M-WORKS, INC. and SINTEFEX, INC., )<br>)<br>Plaintiffs, )<br>)<br>) CIVIL ACTION NO._____<br>v. )<br>)<br>FEDERAL EXPRESS CORPORATION, )<br>) **05 - 11432 MLW**<br>Defendant. ) | |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3
OF DEFENDANT FEDERAL EXPRESS CORPORATION**

Defendant Federal Express Corporation, by its counsel, hereby certifies, pursuant to Local Rule 7.3, that its parent corporation is FedEx Corp., which owns one hundred per cent of Federal Express Corporation and is a public corporation. The undersigned counsel is aware of the duty to file an amended disclosure statement with the Court reflecting any changes in the information disclosed herein.

July 7, 2005

Defendant Federal Express Corporation,
By its attorney

_/s/ Rosario M. F. Rizzo_
Rosario Mario F. Rizzo, Esq.
B.B.O. #421610
801 Main Street
Concord, Massachusetts  01742-3313
Telephone: (978) 371-2500
Fax: (978) 371-1352
E-mail: sarorizzo@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that on July 7, 2005 a true copy of the foregoing Corporate Disclosure Statement Pursuant to Local Rule 7.3 of Defendant Federal Express Corporation was served by first class mail, postage pre-paid, directed to the counsel for the Plaintiffs:

        Andrew D. Mazzone, Esq.
        259 Sidney Street
        Cambridge, MA 02139

        _____
        Rosario Mario F. Rizzo, Esq.