UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**M-WORKS, INC. et al**

**CIVIL CASE NO. 05-11432-MLW**

V.

**FEDERAL EXPRESS CORPORATION**
       **Defendant(s)**

**WOLF, D.J.**

**NOTICE OF CANCELLATION**

The **MOTION HEARING/SCHEDULING CONFERENCE** previously scheduled for **NOVEMBER 16, 2005** at **3:00 P.M.** before Judge **Wolf**, has been has been CANCELLED.

SARAH A. THORNTON
CLERK OF COURT

**November 10, 2005**          By:    /s/ Dennis O'Leary
Date                                          Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                                          [ntchrgcnf.]