UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M-WORKS, INC.,                        ) | |
|        Plaintiff(s)     ) | |
|                                  ) | |
| v.                                ) | C.A. No.   05-11432-MLW |
|                                  ) | |
| FEDERAL EXPRESS CORP.,     ) | |
| INC., et al                     ) | |
|        Defendant(s)   ) | |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised on November 16, 2005 by defendant's counsel that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                                                         By the Court:
                                                         Sarah A. Thornton, Clerk

November 17, 2005                              /s/Dennis O'Leary
Date                                                       Deputy Clerk