UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M-WORKS, INC. and SINTEFEX, INC.,   )
                                    )
        Plaintiffs,                 )
                                    )   C.A. No .05-11432-MLW
v.                                  )
                                    )
FEDERAL EXPRESS CORPORATION,        )
                                    )
        Defendant.                  )

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto stipulate, pursuant to Fed.R.Civ.P.41(a)(1), that the above-captioned matter be dismissed with prejudice and without costs or interest, rights of appeal waived.

| PLAINTIFF | DEFENDANT |
| --- | --- |
| By their Attorney | By its Attorney, |
| /s/ Andrew D. Mazzone | /s/ Rosario M. F. Rizzo |
| Andrew D. Mazzone, Esq. | Rosario Mario F. Rizzo, Esq. |
| B.B.O. # 659930 | B.B.O. #421610 |
| 259 Sidney Street | 801 Main Street |
| Cambridge, MA 02139 | Concord, MA 01742-3313 |
| Telephone: (617) 413-2570 | Telephone: (978) 371-2500 |
| Fax: (617) 497-4205 | Fax: (978) 371-1352 |
| E-mail: andrewmazzone2003@yahoo.com | E-mail: sarorizzo@aol.com |

December 7, 2005